UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GIRLEENE MOORE,

                Plaintiff,

-v-

VERIZON, *et al.*,

                Defendants.

---

No. 13-cv-6467 (RJS)
ORDER

<u>RICHARD J. SULLIVAN</u>, District Judge:

    On December 15, 2014, the Court referred this matter to the Southern District Mediation Program, denied Defendants' motion to dismiss without prejudice to immediate renewal – without the need for further briefing – if mediation is unsuccessful, and directed the parties to submit a joint letter by January 26, 2015, apprising the Court of the result of mediation. (Doc. No. 39.) The assigned mediator has since notified the Court that a schedule for mediation will likely be set today. Accordingly, IT IS HEREBY ORDERED THAT the parties shall notify the Court once mediation has been scheduled and submit a joint letter by March 2, 2015, apprising the Court of the result of mediation.

SO ORDERED.

Dated:      January 29, 2015
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2015

<u>A copy of this Order was sent to:</u>

Girleene Moore
172-10 133rd Ave
Apt. 5G
Jamaica, NY 11434